E. E. Johns as Sheriff of Bradford County, Florida, Plaintiff in Error, v. The State of Florida *ex rel.* L. C. Clark as Relator, Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Bradford county; Rhydon M. Call, Judge.

Owen & Smith for plaintiff in error.

Gornto & Fielding for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*